IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Wilcoxson, Tonya M | Case Number: 05 B 21051 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/03/09 | Filed: 5/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 20, 2009
Confirmed: July 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,802.00 |  |
| Secured: |  | 11,170.21 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,208.17 |
| Administrative: |  | 2,594.00 |
| Trustee Fee: |  | 829.62 |
| Other Funds: |  | 0.00 |
| Totals: | 15,802.00 | 15,802.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | Einstein | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 9,555.57 | 9,555.57 |
| 4. | Internal Revenue Service | Secured | 1,614.64 | 1,614.64 |
| 5. | Illinois Dept of Revenue | Priority | 1,280.01 | 1,208.17 |
| 6. | Target National Bank | Unsecured | 38.74 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 100.43 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 2,781.68 | 0.00 |
| 9. | Ginny's | Unsecured | 34.91 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 857.66 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 153.15 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 84.97 | 0.00 |
| 13. | Verizon Wireless | Unsecured | 153.85 | 0.00 |
| 14. | Figi's Inc. | Unsecured | 27.87 | 0.00 |
| 15. | Merrick Bank | Unsecured | 106.06 | 0.00 |
| 16. | Freedom Card | Unsecured | 145.75 | 0.00 |
| 17. | BMG Music Service | Unsecured | | No Claim Filed |
| 18. | Day Time Readers | Unsecured | | No Claim Filed |
| 19. | Disney Book Club | Unsecured | | No Claim Filed |
| | | | $ 19,529.29 | $ 14,972.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilcoxson, Tonya M

Printed: 03/03/09

Case Number: 05 B 21051
Judge: Goldgar, A. Benjamin
Filed: 5/25/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 39.85 |
| 5.5% | 245.92 |
| 5% | 54.63 |
| 4.8% | 155.51 |
| 5.4% | 174.96 |
| 6.5% | 105.29 |
| 6.6% | 53.46 |
| | $ 829.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

